

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 28, 2020

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    **Re:**    *United States v. Yohauris Rodriguez Hernandez*, 20 Mag. 13673

Dear Judge Krause:

    In light of the arrest of the defendant in the above-referenced matter, the Government respectfully requests that the complaint be unsealed.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Kevin Sullivan
Assistant United States Attorney
(914) 993-1924

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

December 29, 2020