UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

YOHAURIS RODRIGUEZ HERNANDEZ

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -Mag-13673 (UA)

Defendant ___YOHAURIS RODRIGUEZ HERNANDEZ, _hereby voluntarily consents to participate in the following proceeding via __x_ videoconferencing or _x__ teleconferencing:

_x__   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_____         _____
Defendant's Signature                                      Defendant's Counsel's Signature
(Judge may obtain verbal consent on            *Yohauris Rodriguez Hernandez /by AEB w/ permission*
Record and Sign for Defendant)                     *Susanne Brody*

   Yohauris Rodriguez Hernandez                Susanne Brody
Print Defendant's Name                                    Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__Dec 28, 2020_
Date

_____
U.S. Magistrate Judge
Southern District of New York