# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

USDC SDNY
Document
Electronically Filed
Doc # ───────
Date Filed: May 25, 2021

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff               **SCHEDULING ORDER**

     -against-

                                        7:20-mj-13673

Yohauris Rodriguez Hernandez
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a waiver of indictment/arraignment on information for 6/1/2021 at 2 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: 5/25/2021
       White Plains, New York

                                         SO ORDERED:

                                         s/      PED
                                         ─────────────────

                                         PAUL E. DAVISON
                                         United States Magistrate Judge